**SO ORDERED.**

**SIGNED this 25 day of July, 2024.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,[1] | CHAPTER 11 |
| IN RE: | CASE NO. 19-01230-5-JNC |
| CAH ACQUISITION COMPANY #2, LLC, d/b/a OSWEGO COMMUNITY HOSPITAL, | CHAPTER 11 (Jointly Administered) |
| IN RE: | CASE NO. 19-01180-5-JNC |
| CAH ACQUISITION COMPANY #3, LLC, d/b/a HORTON COMMUNITY HOSPITAL, | CHAPTER 11 (Jointly Administered) |
| IN RE: | CASE NO. 19-01300-5-JNC |
| CAH ACQUISITION COMPANY 6, LLC, d/b/a I-70 COMMUNITY HOSPITAL, | CHAPTER 7 (Jointly Administered) |
| IN RE: | CASE NO. 19-01298-5-JNC |
| | CHAPTER 11 |

---

[1] The Court has entered orders directing the procedural consolidation and joint administration of the debtors' cases.

| | |
|---|---|
| CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL, | (Jointly Administered) |
| IN RE: | CASE NO. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL, | CHAPTER 11 |
| | (Jointly Administered) |
| IN RE: | CASE NO. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | CHAPTER 11 |
| | (Jointly Administered) |
| THOMAS W. WALDREP, JR., as Litigation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LGMG, LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group; ATTIS INDUSTRIES, INC., f/k/a Meridian Waste Solutions, Inc.; ATTIS HEALTHCARE, INC., f/k/a Mobile Science Technologies, Inc.; WELNESS BENEFITS; INTEGRITY LAB SOLUTIONS, LLC; JAMES GREG MCKINNEY; MONROE GUEST; LINDELL GARDNER; and DENNIS LOUDERMILK,<br><br>Defendant. | Adv. Proc. Nos. 22-00088-5-JNC; 22-00090-5-JNC; 22-00091-5-JNC; 22-00092-5-JNC; 22-00093-5-JNC; 22-00094-5-JNC 22-00095-5-JNC |

## ORDER GRANTING MOTION TO SUPPLEMENT TRUSTEE'S MOTION FOR ORDER TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 AND TO SHORTEN RESPONSE PERIOD

THIS MATTER came before the Court for consideration upon the *Motion to Supplement Trustee's Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019* (the "Supplement Motion") [Dkt. No. 86][2] filed by Thomas W. Waldrep, Jr., as Plaintiff and

---

[2] Docket references are made to case number 22-00088-5-JNC.

Litigation Trustee (the "Trustee") in the above-captioned adversary proceeding, seeking approval to supplement the 9019 Motion[3] with the Complete Guest Affidavit[4] and reduce the response time to the Supplement Motion to seven (7) days.

Based upon the statements in the Supplement Motion, and after review of the record in this case, the Court finds that the relief requested should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Supplement Motion is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's Supplement Motion is approved, the 9019 Motion is supplemented with the Complete Guest Affidavit, and the deadline to respond to the Supplement Motion is reduced to seven (7) days.

**END OF DOCUMENT**

---

[3] Capitalized terms not defined herein shall have the meaning scribed to them in the Motion.
[4] As defined in the Supplement Motion at ¶ 11.